**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EARL WHEBY, JR., Individually and On Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>  v.<br><br>ENDOCYTE, INC., JOHN C. APLIN, COLIN GODDARD, MARC KOZIN, PHILIP S. LOW, PATRICK MACHADO, FRED A. MIDDLETON, LESLEY RUSSELL, MIKE A. SHERMAN, and DAWN SVORONOS,<br><br>  Defendants. | )<br>)<br>)<br>) Case No. 1:18-cv-01794-CFC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Earl Wheby, Jr. ("Plaintiff") hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action. *See id*. Additionally, no class has been certified in the Action, and no class members will be bound or affected by this Notice. *See* Fed. R. Civ. P. 23(e). Therefore, Plaintiff's dismissal of the Action is effective upon the filing of this Notice, and notice to the putative class is not required.

Dated: December 19, 2018             **RIGRODSKY & LONG, P.A.**

By: */s/ Gina M. Serra*

**OF COUNSEL:**

**RM LAW, P.C.**
Richard A. Maniskas
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
(484) 324-6800
rm@maniskas.com

Brian D. Long (#4347)
Gina M. Serra (#5387)
300 Delaware Avenue, Suite 1220
Wilmington, DE 19801
(302) 295-5310
bdl@rl-legal.com
gms@rl-legal.com
*Attorneys for Plaintiff*